IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ATLANTIC RECORDING CORPORATION**, a Delaware corporation, **BMG MUSIC**, a New York general partnership, **CAPITOL RECORDS, INC.**, a Delaware corporation, **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership, **UMG RECORDINGS, INC.**, a Delaware corporation, **VIRGIN RECORDS AMERICA, INC.**, a California corporation, and **WARNER BROS. RECORDS, INC.**, a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CASE NO. 8:08CV3032** <br><br> **ORDER** |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | |
| **DOES 1-4,** | ) ) | |
| **Defendants.** | ) | |

This matter comes before the Court on the Plaintiffs' Notice of Dismissal Without Prejudice (Filing No 12). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court finds that the action should be dismissed. Accordingly,

IT IS ORDERED:

1. The Notice of Dismissal (Filing No. 12) is approved;

2. The Complaint (Filing No. 1) is hereby dismissed without prejudice; and

3. The parties shall pay their own costs and attorney's fees.

DATED this 2nd day of May, 2008.

BY THE COURT:

]               s/Laurie Smith Camp
              United States District Judge